# Third District Court of Appeal

## State of Florida

Opinion filed November 5, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0665
Lower Tribunal No. F20-12458A
_____


**State of Florida,**
Appellant,

vs.

**Dakari Clayton,**
Appellee.


An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Michelle Delancy, Judge.

James Uthmeier, Attorney General and Katryna Santa Cruz, Assistant Attorney General, for appellant.

Carlos J. Martinez, Public Defender and Susan S. Lerner, Assistant Public Defender, for appellee.


Before LOGUE, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Cruz v. State, 320 So. 3d 695, 712 (Fla. 2021) ("A trial

court's ruling on a motion to suppress comes to the appellate court clothed with a presumption of correctness and the court must interpret the evidence and reasonable inferences and deductions derived therefrom in a manner most favorable to sustaining the trial court's ruling." (quoting Jackson v. State, 18 So. 3d 1016, 1027 (Fla. 2009))).